# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−1 | User: admin | Date Created: 2/12/2020 |
| Case: 1−17−10953−CLB | Form ID: pdforder | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Morris L. Horwitz      morris.horwitz@gmail.com
aty      Beth Ann Bivona      bbivona@barclaydamon.com

                                                                                                                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Bells Food Center of Albion NY, Inc.      318 West Ave.      Albion, NY 14411
pr      Jerome F. Pawlak      14 Hazard Parkway      Albion, NY 14411
smg      Office of the U.S. Trustee      300 Pearl Street, Suite 401      Olympic Towers      Buffalo, NY 14202

                                                                                                                                                                                            TOTAL: 3